UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SILCOX, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>AUTONATION, INC., a Florida corporation, and AUTONATION HOLDING CORP., a Washington corporation,[1]<br><br>        Defendants. | Case No.<br><br>DEFENDANTS' NOTICE OF REMOVAL<br><br>FEDERAL QUESTION<br><br>28 U.S.C. §§ 1331, 1441, 1446(b) |

TO:        CLERK OF THE COURT

AND TO:    PLAINTIFF ROBERT SILCOX

AND TO:    WRIGHT A. NOEL and MARINA M. VISAN, CARSON │NOEL, PLLC,

                  PLAINTIFF'S ATTORNEYS

    PLEASE TAKE NOTICE that Defendants AutoNation, Inc., a Florida corporation, and AutoNation Holding Corp., a Delaware corporation, (collectively "Defendants" or "AutoNation"), by and through their undersigned attorneys, hereby effect the removal of the state action described herein, from the Superior Court of the State of Washington in and for the County of King, to the United States District Court for the Western District of Washington at

---

[1] Plaintiff's Complaint for Damages incorrectly states in the caption that Defendant AutoNation Holding Corp., is a Washington corporation.  AutoNation Holding Corp., is incorporated under the laws of the State of Delaware.

NOTICE OF REMOVAL TO FEDERAL COURT - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Seattle. This removal is based upon federal question jurisdiction, in accord with 28 U.S.C. §§ 1331 and 1441, and is timely, in accord with 28 U.S.C. § 1446. In support of its Notice of Removal, Defendants provide the following information:

### JURISDICTION

This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, and this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). Specifically, Plaintiff's Complaint purports to allege a violation of the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654 ("FMLA"). (Complaint "Compl." ¶ 28). Because Plaintiff's Complaint raises a federal question, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

Defendants are the sole Defendants, and consent to removal. As set forth below, this case meets all of the requirements for removal and is timely and properly removed by the filing of this Notice.

### SUPPLEMENTAL JURISDICTION

This Court has supplemental jurisdiction over any and all remaining state law claims in accordance with 28 U.S.C. § 1367, and jurisdiction over any separate and independent claims as provided in 28 U.S.C. § 1441(c).

### VENUE

Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 128(b) and 28 U.S.C. § 1446(d) because the state court action is pending within the jurisdictional confines of this District.

### INTRADISTRICT ASSIGNMENT

Venue is proper in the Seattle Division, pursuant to LCR 3(d), because Plaintiff resides in King County, (Compl. ¶ 1), and Plaintiff's last place of employment with Defendant, from which Plaintiff alleges he was wrongfully terminated, was located in King County, (Compl. ¶ 5).

NOTICE OF REMOVAL TO FEDERAL COURT - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## PLEADINGS

On or about July 24, 2017, Plaintiff Robert Silcox commenced an action against Defendants in the Superior Court of the State of Washington, in and for the County of King, captioned *Robert Silcox v. AutoNation, Inc., a Florida corporation, and AutoNation Holding Corp., a Washington corporation*, and designated as Case No. 17-2-19503-1 SEA. Pursuant to LCR 101(b), a true and correct copy of the Complaint is attached to this filing as a separate "attachment" in the ECF system and labeled as the "Complaint." True and correct copies of all process, pleadings, orders and other papers or exhibits on file with the state court, are attached hereto and incorporated herein as "Exhibit A."

## TIMELINESS

Plaintiff served Defendant AutoNation Holding Corp. with the Summons and Complaint on June 26, 2017. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days after Defendant's receipt of Plaintiff's Complaint. This Notice of Removal is timely as it is made within 30 days of receipt of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446(b).

## NOTICE TO PLAINTIFF AND STATE COURT

Defendants will provide written notice of the filing of this Notice of Removal to all parties who have appeared in this action, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of the State of Washington in and for the County of King. Pursuant to 28 U.S.C. §1446(a), true and complete copies of all process and pleadings in this action filed to date in the state court proceeding are attached hereto as Exhibits. By signing this Notice of Removal, counsel for Defendant verifies that the items attached hereto are true and complete copies of all the records and proceedings in the Superior Court action. No motions are pending.

NOTICE OF REMOVAL TO FEDERAL COURT - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

WHEREFORE, Defendants respectfully request that the above-captioned matter, now pending in the Superior Court of the State of Washington, in and for the County of King, Case No. 17-2-19503-1 SEA, be removed to this Honorable Court for further proceedings.

July 26, 2017

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com

*s/ Aurora J. Wilson*
Aurora J. Wilson, WSBA #45382
ajwilson@littler.com

LITTLER MENDELSON, P.C..
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:          206.447.6965

Attorneys for Defendants
AUTONATION, INC. and AUTONATION HOLDING CORP.

NOTICE OF REMOVAL TO FEDERAL COURT - 4

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA  98101.  I hereby certify that on July 26, 2017 I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Wright A. Noel, WSBA #25264
wright@carsonnoel.com
Marina M. Visan, WSBA #49127
marina@carsonnoel.com
CARSON | NOEL PLLC
20 Sixth Ave. NE
Issaquah, WA  98027
Tel:   425.837.4717
Fax:  425.837.5396

Executed this 26th day of July 2017.

    *s/ Tiffany D. Holiday*
Tiffany D. Holiday
tholiday@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:149025707.1 625000.2167

NOTICE OF REMOVAL TO FEDERAL COURT - 5

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300