The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SILCOX, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AN/PF ACQUISITION CORP. d/b/a AUTONATION FORD BELLEVUE, a Delaware corporation,<br><br>Defendant. | Case No. 2:17-cv-01131-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE ORDER OF DEFAULT AGAINST AUTONATION HOLDING CORP.** |

## **ORDER**

Having reviewed the Parties' Stipulated Motion to Vacate Order of Default Against AutoNation Holding Corp., pursuant to Federal Rule of Civil Procedure 55(c), the Court hereby orders that the motion is GRANTED. The Order of Default entered by the Washington State Superior Court in and for the County of King on July 24, 2017 against AutoNation Holding Corp. is hereby VACATED.

IT IS SO ORDERED.

DATED this 21 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO VACATE ORDER
OF DEFAULT AGAINST AUTONATION HOLDING CORP. - 1
Case No. 2:17-cv-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

*Presented by:*

/s/Ryan P. Hammond
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Aurora J. Wilson, WSBA #45382
ajwilson@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,*
*Notice of Presentation Waived:*

/s/Wright A. Noel (via electronic agreement)
Wright A. Noel, WSBA #25264
wright@carsonnoel.com
Marina M. Visan, WSBA #49127
marina@carsonnoel.com
CARSON | NOEL PLLC

Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO VACATE ORDER
OF DEFAULT AGAINST AUTONATION HOLDING CORP. - 2
Case No. 2:17-cv-01131-RSM