The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SILCOX,

    Plaintiff,

v.

AN/PF ACQUISITION CORP., d/b/a AUTONATION FORD BELLEVUE, a Delaware corporation,

    Defendants.

Case No. 2:17-cv-01131-RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES**

This matter having come before the Court on the parties' **STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES** ("Stipulated Motion") and the Court finding good cause, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED**. The dates in the Court's September 6, 2017 Order Setting Trial Date and Related Dates (ECF No. 14) are amended as follows:

| **DESCRIPTION** | **CURRENT DEADLINES** | **PROPOSED DEADLINES** |
|---|---|---|
| Jury Trial | September 4, 2018 | November 5, 2018 |
| Deadline for filing motions related to discovery | April 9, 2018 | June 11, 2018 |
| Discovery completed by | May 7, 2018 | July 9, 2018 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 1
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| DESCRIPTION | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| All dispositive motions must be filed by | June 6, 2018 | August 7, 2018 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | July 23, 2018 | September 24, 2018 |
| All motions in limine must be filed by | August 7, 2018 | October 8, 2018 |
| Agreed pretrial order due | August 23, 2018 | October 23, 2018 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | August 30, 2018 | October 30, 2018 |

Dated this 3 day of April 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 2
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA#38888
rhammond@littler.com
Aurora J. Wilson, WSBA#45382
ajwilson@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:		206.623.3300

Attorneys for Defendant

*Approved as to form and substance:*

CARSON │ NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA #25264
wright@carsonnoel.com
Marina M. Lyons, WSBA #49127
marina@carsonnoel.com
CARSON │ NOEL PLLC
20 Sixth Ave. NE
Issaquah, WA 98027
Tel: 425.837.4717

Attorneys for Plaintiff

Firmwide:153699390.1 025300.2055

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 3
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300