The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT SILCOX, | |
|---|---|
| Plaintiff, | Case No. 2:17-cv-01131-RSM |
| v. | **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES** |
| AN/PF ACQUISITION CORP., d/b/a AUTONATION FORD BELLEVUE, a Delaware corporation, | |
| Defendants. | |

This matter having come before the Court on the parties' **STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES** ("Stipulated Motion") and the Court finding good cause, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED**. The dates in the Court's April 3, 2018 Order Granting Stipulated Motion to Continue Trial and Extend All Unexpired Deadlines (ECF No. 29) are amended as follows:

| **DESCRIPTION** | **CURRENT DEADLINES** | **PROPOSED DEADLINES** |
|---|---|---|
| Jury Trial | November 5, 2018 | February 4, 2019 |
| Deadline for filing motions related to discovery | June 11, 2018 | September 7, 2018 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 1
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| DESCRIPTION | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Discovery completed by | July 9, 2018 | October 8, 2018 |
| All dispositive motions must be filed by | August 7, 2018 | November 5, 2018 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | September 24, 2018 | December 21, 2018 |
| All motions in limine must be filed by | October 8, 2018 | January 7, 2019 |
| Agreed pretrial order due | October 23, 2018 | January 22, 2019 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 30, 2018 | January 28, 2019 |

Dated this 13 day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 2
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA#38888
rhammond@littler.com
Aurora J. Wilson, WSBA#45382
ajwilson@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:        206.623.3300

Attorneys for Defendant

*Approved as to form and substance:*

CARSON | NOEL PLLC

*s/ Wright A. Noel*
Wright A. Noel, WSBA #25264
wright@carsonnoel.com
Marina M. Lyons, WSBA #49127
marina@carsonnoel.com
CARSON | NOEL PLLC
20 Sixth Ave. NE
Issaquah, WA  98027
Tel:   425.837.4717

Attorneys for Plaintiff

Firmwide:155208397.1 025300.2055

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 3
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300