The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT SILCOX, | |
|---|---|
| Plaintiff, | Case No. 2:17-cv-01131-RSM |
| v. | STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL WITH PREJUDICE |
| AN/PF ACQUISITION CORP., d/b/a AUTONATION FORD BELLEVUE, a Delaware corporation, | |
| Defendant. | |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 26th day of September 2018.

| *s/ Wright A. Noel* | *s/ Ryan P. Hammond* |
|---|---|
| Wright A. Noel, WSBA #25264<br>Marina M. Lyons, WSBA #49127<br>CARSON \| NOEL PLLC<br>20 Sixth Ave. NE<br>Issaquah, WA 98027<br>Tel: 425.837.4717<br>wright@carsonnoel.com<br>marina@carsonnoel.com | Ryan P. Hammond, WSBA #38888<br>rhammond@littler.com<br>Aurora J. Wilson, WSBA #45382<br>ajwilson@littler.com<br>LITTLER MENDELSON, P.C.<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: 206.623.3300 |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: October 1, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Ryan P. Hammond*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Aurora J. Wilson, WSBA #45382
ajwilson@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendant

*Approved as to form and content,*
*Notice of Presentation Waived:*

*s/ Wright A. Noel*
Wright A. Noel, WSBA #25264
wright@carsonnoel.com
Marina M. Lyons, WSBA #49127
marina@carsonnoel.com
CARSON | NOEL PLLC

Attorneys for Plaintiff

STIPULATION AND REQUEST FOR ORDER FOR DISMISSAL WITH PREJUDICE - 2
Case No. 2:17-CV-01131-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300